U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUL 14 A 11: 14

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Dwayne A. Reddick

    v.                        Civil No. 05-fp-256

U.S. Department of Justice, et al.


### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-256-_SM_.

**SO ORDERED.**

                                            James R. Muirhead
                                            United States Magistrate Judge

Date:  July 14, 2005

cc:    Dwayne A. Reddick, pro se