UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dwayne A. Reddick

       v.                                        Case No. 05-cv-256-SM

The Department of Justice, et al.

O R D E R

There being no objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 17, 2006, which supercedes the Report and Recommendation dated September, 8, 2005, for the reasons set forth therein. The official capacity claims under *Bivens* against the defendants Department of Justice, Drug Enforcement Administration and John Doe are hereby dismissed. The Plaintiff shall amend his complaint to identify a proper defendant within 30 days as recommended by the Magistrate Judge in his Report and Recommendation of January 17, 2006, or the case will be dismissed.

      SO ORDERED.

February 13, 2006
                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:    Dwayne Reddick, pro se