UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dwayne A. Reddick</u>

       v.                             05-cv-256-SM

<u>United States Department
of Justice, et al.</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 11, 2006, no objection having been filed, for the reasons set forth therein.   The Plaintiff has alleged a collateral due process claim against the DOJ and DEA arising from the inadequate notice with regard to the administrative forfeiture of his property.  All other claims are hereby dismissed.

     SO ORDERED.


July  24, 2006

                                          Steven J. McAuliffe
                                          Chief Judge


cc:   Dwayne A. Reddick, pro se
       Jean Weld, AUSA