UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dwayne A. Reddick</u>

    v.                        05-cv-256-SM

<u>United States
Department of Justice, et al.</u>

<u>ORDER</u>

Re: Document No. 17, Response re: Report and Recommendations

Ruling: The proposed order is approved as drafted and entered as an order of the court, subject to plaintiff's filing any objection he may have within thirty(30) days of the date of this order. (Plaintiff should understand that his remaining claims are being construed as a motion to set aside the prior forfeiture, that the prior forfeiture will be set aside, that the case will be closed, and that the government will likely begin forfeiture proceedings anew, giving plaintiff proper notice and opportunity to be heard.)

                                              _____
                                              Steven J. McAuliffe
                                              Chief District Judge

Date: July 24, 2006

cc:  Dwayne Reddick, pro se
     Jean Weld, AUSA